IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22CR109 |
| | ) | |
| Plaintiff, | ) | JUDGE J. PHILIP CALABRESE |
| | ) | |
| v. | ) | |
| | ) | |
| NICHOLAS D. GEER, | ) | |
| | ) | MOTION OF THE UNITED STATES FOR |
| Defendant. | ) | A FINAL ORDER OF FORFEITURE |

NOW COMES the United States of America, by and through the undersigned counsel, and moves this Court for a Final Order of Forfeiture in the above-captioned case.

This motion is supported by the following:

1. The United States hereby incorporates by reference, as though fully set forth herein, all of its averments contained in the Motion of the United States for a Preliminary Order of Forfeiture filed on June 2, 2023.

2. On June 2, 2023, this Court initially forfeited the following property, subject to the provisions of 21 U.S.C. § 853(n): Taurus PT140 G2, bearing serial number SIP96061.

3. Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the initially forfeited property are entitled to a judicial determination of the validity of the legal claims or interest they assert.

4. The United States published notification of the Court's Preliminary Order of Forfeiture on www.forfeiture.gov, an official government internet site for 30 consecutive days beginning on May 17, 2024, and ending on June 15, 2024. Said published notice advised all third

parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject property.

5. No claims were made to the initially forfeited property.

WHEREFORE, the United States moves this Court for a Final Order of Forfeiture declaring the following property forfeited to the United States and directing the United States to dispose of it in accordance with law:   Taurus PT140 G2, bearing serial number SIP96061.

    Respectfully submitted,

    REBECCA C. LUTZKO
    United States Attorney,
    Northern District of Ohio

By:    /s/ Henry F. DeBaggis
    Henry F. DeBaggis
    Assistant United States Attorney
    Reg. No. 0007561
    801 West Superior Avenue, Suite 400
    Cleveland, Ohio 44114
    (216) 622-3749
    Henry.DeBaggis@usdoj.gov